UNITED STATES BANKRUPTCY COURT
Eastern District Of Virginia
Richmond Division

In re

SOLLARS, DENNIS ROBERT

Case No. 07-32430-KRH

Chapter 7

Debtor(s)

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividend(s) represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns P.O. Box 35480 Newwark, NJ 07193-5480 | $2.68 |
| eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns P.O. Box 35480 Newwark, NJ 07193-5480 | $3.21 |

Dated: February 12, 2010

/s/ Roy M. Terry, Jr.
ROY M. TERRY, JR., Trustee
P.O. Box 2188
RICHMOND, VA 23218-2188

(804) 775-6900

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically served or mailed to the Office of the United States Trustee at Assistant U.S. Trustee, 701 East Broad Street, Suite 4304, Richmond, Virginia 23219 on February 12, 2010.

/s/ Roy M. Terry, Jr.
ROY M. TERRY, JR.